JACOB FREILICH, Respondent, v. ABRAHAM FLEISCHER, Individually and as Treasurer of Local No. 169 of the BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA, Appellant.— Order denying defendant's motion to

vacate the temporary injunction granted on May 27, 1923, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.